UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 15-08017
Sander Stagman )
)
) Chapter: 11
)
) Honorable Donald R. Cassling
)
Debtor(s) )

## ORDER DENYING DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY AS TO BEVERLY BANK AND TRUST COMPANY, N.A. AND GRANTING DEBTOR'S MOTION AS TO ALL OTHER CREDITORS

This Cause coming to be heard on the Motion of the Debtor, Sander Stagman, through his attorneys, Schneider & Stone for extension of the automatic stay as to all creditors, the Court being fully advised in the premises;

IT IS HERBY ORDERED:

For the reasons stated on the record the automatic stay pursuant to 11 U.S.C § 362 terminates on April 6, 2015 to allow Beverly Bank and Trust Company, N.A. to proceed with foreclosure, eviction, or any other action to preserve and enforce its rights with regard to the property commonly known as 10221 S. Western Avenue, Chicago, IL 60643.

IT IS FURTHER ORDERED:

That Debtor's motion is GRANTED with respect to all other creditors and the automatic stay pursuant to 11 U.S.C § 362 is extended with respect to all other creditors until the case closes.

Enter: *Donald R. Cassling* (signature)

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: April 01, 2015

**Prepared by:**

Damon G. Newman
Noonan & Lieberman Ltd.
105 West Adams, Suite 1800
Chicago, Illinois 60603
(312) 431-1455